FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 1 3 2011

JAMES R. LARSEN, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington

ALISON L. GREGOIRE
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, Washington 98901
(509) 454-4425

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JESUS A. GONZALEZ-REYES, <br><br> Defendant. | INDICTMENT <br> **CR-11-6086-LRS** <br><br> Vio: 8 U.S.C. § 1326 <br> Alien in United States <br> After Deportation |

The Grand Jury charges:

On or about October 7, 2011, the Defendant, JESUS A. GONZALEZ-REYES, a citizen and national of Mexico, who had theretofore on or about June 15, 2011 at Brownsville, Texas, and on or about June 30, 2011 at San Ysidro, California, been denied admission, excluded, deported and removed from the United States, was found in the Eastern District of Washington, and he did not then have the express consent of the Attorney General and the Secretary of the Department of Homeland Security to

Indictment - 1

reapply for admission into the United States; all in violation of Title 8, United States Code, Section 1326; Title 6, United States Code, Sections 202(3)&(4), 557.

DATED: December 13, 2011.

A TRUE BILL

MICHAEL C. ORMSBY
United States Attorney

JANE KIRK
Supervisory Assistant United States Attorney

ALISON L. GREGOIRE
Assistant United States Attorney

Indictment - 2