UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | CR-11-06086-LRS-1 |
| | ) | |
| vs. | ) | **NOTICE OF PRE-TRIAL** |
| | ) | **CONFERENCE** and **JURY TRIAL** |
| **JESUS A. GONZALEZ-REYES,** | ) | |
| | ) | |
| Defendant. | ) | |

TAKE NOTICE that a **PRE-TRIAL CONFERENCE** in this case has been set for **January 26, 2012 at 10:45 A.M.** at the William O. Douglas U. S. Courthouse, 25 South Third Street, Yakima, Washington 98907 before the Honorable Lonny R. Suko.

**JURY TRIAL** has been scheduled for **February 6, 2012 at 9:00 A.M.** at the U. S. Courthouse, 825 Jadwin Avenue, Richland, Washington 99352 before the Honorable Lonny R. Suko.

A sufficient preliminary showing of entitlement to an evidentiary hearing mandated by Franks v. Delaware 438 US 154 (1978) is required upon the filing of suppression motions. If the requisite showing is made, the suppression hearing will be noted at a time subsequent to the pretrial conference.

Date:  December 15, 2011

**James R. Larsen**
**District Court Executive/Clerk**

s/Laura McClure, Deputy Clerk

cc: Alison L. Gregoire
    Alison K. Guernsey
    US Marshal
    US Probation